J. R. Woodsmall, Branch Manager, Pitney Bowes, Claimant, pro se.

William J. Scott, Attorney General; William J. Karaganis, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 75-CC-186—

Sherman Hospital Association, Claimant, vs. State of Illinois, Department of Public Aid, Respondent.

*Opinion filed May 13, 1975.*

Sherman Hospital Association, Claimant, pro se.

William J. Scott, Attorney General; William J. Karaganis, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 75-CC-204—

Pollution Control Board, Claimant, vs. State of Illinois, Respondent.

*Opinion filed May 13, 1975.*

Pollution Control Board, Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-205—

POLLUTION CONTROL BOARD, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 13, 1975.*

POLLUTION CONTROL BOARD, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-206—

POLLUTION CONTROL BOARD, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 13, 1975.*

POLLUTION CONTROL BOARD, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.